UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID HILL, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:07-CV-0594-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | 3:03-CR-159(02)-G |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Petitioner filed no objections, but instead filed a motion to amend his original habeas corpus petition, seeking to add another factual allegation regarding his claim that his attorney was ineffective at the sentencing stage. The district court has reviewed the petitioner's motion and determined that the additional allegation he seeks to add fails the two-prong test outlined in *Strickland v. Washington*, 466 U.S. 668 (1984). The petitioner has not shown that his attorney's conduct was objectively unreasonable. *Id*. at 687-91.

The court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

February 14, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**